**Exhibit 8**

# Lumio *⁼

11/24/2021

Codi Nukaya

3308 Tiverton

Arlington          TX   76001

Re: Offer of Employment with Lumio HX, Inc.

Dear Codi Nukaya

Lumio HX, Inc., a Delaware corporation (the "*Company*"), is pleased to offer you employment on the following terms:

1. **Title, Duties, and Starting Date.** You will serve in a full-time capacity as the Company's Director of Operation. You will report directly to the Company's Sr Vice President Your initial duties will be those which are customary for a similar position in the photovoltaic/solar sales and home services industry and as otherwise may be assigned to you from time to time. Your direct reporting and job duties may change from time to time at the direction of the Company's Board of Directors. Your start date will be the day following the completion of the transaction currently under negotiation between Lumio HX, Inc. and Zenith Solar, LLC; Zenith Security, LLC, or DECA Living, LLC. You acknowledge that you have no contractual or other legal obligations that would prohibit you from performing these duties. During your employment with the Company, you will not engage in any other employment, consulting, or other business activity, without the prior written consent of the Board of Directors.

2. **Salary.** You will be paid a salary at the annual rate of Two Hundred Ninety-Five Thousand Dollars (US $ 295,000 ), payable in bi-weekly installments in accordance with the Company's standard payroll practices and subject to all withholdings and deductions as required or permitted by law. The Company reserves the right, in its sole discretion, to prospectively modify your compensation at any time and for any reason, to the extent permitted by law.

3. **Bonus.** The Company has not yet implemented an official bonus program, but at such time as this bonus program is adopted you will be eligible to participate therein and earn an annual performance bonus, based upon at least the following elements: Company profitability, sales growth, and other key performance indicators which the Company's CEO, COO, and Board of Directors may adopt.

4. **Classification.** You will be classified as exempt under the Fair Labor Stands Act, which means you are not entitled to overtime pay for working more than 40 hours in a workweek.

5. **Benefits.**  You will have the right to unlimited paid time off (PTO), subject to your meeting key performance metrics which the Company will establish in its reasonable discretion, your working group's practices and requirements, and in accordance with the Company's personnel policies and practices concerning such matters established from time to time. You will be provided with medical, dental, and life insurance and other benefits, in accordance with those benefits offered generally by the Company to its employees. The Company reserves the right, in its sole discretion, to prospectively

SLC_5624103.4

modify or terminate any of its benefits plans or programs at any time and for any reason, to the extent permitted by applicable law.

6. **Expenses.** The Company will reimburse you for all reasonable out-of-pocket business expenses that you incur in fulfilling your duties hereunder, in accordance with the general policy of the Company in effect from time to time, provided that you furnish the Company adequate records and other documentary evidence required by federal and state tax authorities to establish such expense as a deduction on the income tax returns of the Company.

7. **"At-Will" Employment.** <u>Your employment with the Company will be "at will," meaning that either you or the Company will be entitled to terminate your employment at any time, with or without cause, and with or without notice. Any contrary representations that may have been made to you are superseded by this offer letter and should be disregarded by you. This is the full and complete agreement between you and the Company on this term. Although your duties, title, compensation, and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express agreement signed by you and an authorized representative of the Company.</u>

8. **Entire Agreement; Waiver.** Except as otherwise provided by applicable law, this letter and its attachments contain a summary of the material terms of your employment with the Company and supersede any prior understandings or agreements, whether oral or written, between you and the Company. No waiver of any of the terms of this letter agreement shall be valid unless signed by the party hereto against whom such waiver is asserted and a waiver at any time of any of the terms of this letter agreement shall not be construed as a waiver at any subsequent time of the same terms. This letter agreement will be governed by the laws of the State of Utah. All disputes between you and the Company hereunder will be heard exclusively in the courts in the State of Utah and you hereby submit to the jurisdiction of such courts with respect to any such dispute.

9. **Required Contingencies.** This offer is contingent upon:
   a. Signing the Agreement Regarding Confidentiality, Non-Solicitation, and Assignment of Inventions ("*Confidentiality Agreement*") which has been attached as Exhibit A.
   b. Verification of your right to work in the United States, as demonstrated by your completion of the Form I-9 upon hire and your submission of acceptable documentation (as noted on the Form I-9) verifying your identity and work authorization within three days of starting employment. For your convenience, a copy of the Form I-9 List of Acceptable Documents is attached as Exhibit B for your review.
   c. In the Company's discretion, satisfactory completion of a background investigation, which will be conducted by third-party Sterling Infosystems, Inc.
   d. The onboarding documents attached as Exhibit C.
   e. The completion of the transaction currently under negotiation between Lumio HX, Inc. and Zenith Solar, LLC; Zenith Security, LLC, or DECA Living, LLC

10. **Acceptance and Expiration of Offer.** I hope that you find the foregoing terms acceptable. You may accept this offer by signing and dating this letter in the space provided below and returning it to me, together with a signed copy of the Confidentiality Agreement, prior to December 14, 2021 at which time the offer will expire.

[*Remainder Intentionally Left Blank, Signatures Follow on Next Page*]

SLC_5624103.4

We look forward to having you join us.  If you have any questions, please call me anytime.

Very truly yours,

Lumio HX, Inc.

DocuSigned by:

*Ben Harper*

840C49ECE173452... _____

VP of People, Ben Harper


I have read and accept this employment offer:

DocuSigned by:

*Codi Nukaya*

F45C9B27309441F...
(Signature)

Codi Nukaya
_____
Printed Name:

Dated: 12/21/2021
_____

SLC_5624103.4