# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LUMIO HOLDINGS, INC., *et al.*, | : | Case No. 24-11916 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ----------------------------------------------------------x | | |
| | : | |
| JEFFREY T. VARSALONE, in his capacity as | : | |
| LIQUIDATING TRUSTEE of the LUMIO | : | |
| LIQUIDATING TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 25-52130 (JKS) |
| | : | |
| DECA LIVING, LLC, ZENITH SECURITY, | : | |
| LLC, ZENITH SOLAR, LLC, JOHN | : | |
| BANKHEAD, OSCAR LUNA, and CODI | : | |
| NUKAYA | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ----------------------------------------------------------x | | |

## TRUSTEE'S NOTICE OF DEPOSITION OF DEFENDANT CODI NUKAYA

**PLEASE TAKE NOTICE** that under Rule 30 of the Federal Rules of Civil Procedure (the "*Federal Rules*"), made applicable by Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*," and together with the Federal Rules and Bankruptcy Rules, the "*Rules*"), Jeffrey T. Varsalone, solely in his capacity as liquidating trustee of the Lumio Liquidating Trust duly appointed in the chapter 11 cases of Lumio Holdings, Inc. and Lumio HX, Inc., by and through his undersigned attorneys, Morris, Nichols, Arsht & Tunnell LLP and DLA Piper LLP (US), will take the deposition upon oral examination of Defendant Codi Nukaya.

**PLEASE TAKE FURTHER NOTICE** that such deposition(s) shall be conducted at a date and time to be agreed by the parties at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801 or at such other location as may be agreed upon by the parties or ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the deposition(s) will proceed in accordance with the Rules and will be taken in person before a notary public or other officer authorized to administer oaths, who will swear-in the witness and administer the oath. If the deposition is not completed on the scheduled date, it will be continued from day to day, excluding weekends and holidays, until completed. The deposition will be recorded by videotape, stenographic means, or both. The deposition is being taken for the purpose of discovery, for use at a hearing in this contested matter, and for such other purposes as are permitted under the Rules.

Dated: March 6, 2026

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
/s/  *Brenna A. Dolphin*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
T: (302) 658-9200
F: (302) 658-3989
rdehney@morrisnichols.com
mtalmo@morrisnichols.com
bdolphin@morrisnichols.com

*-and-*

**DLA PIPER LLP (US)**
Edward Rooker (*pro hac vice*)
Joseph A. Piesco (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
T: (212) 335-4500
F: (212) 335-4501
Joseph.piesco@us.dlapiper.com
Edward.rooker@us.dlapiper.com

*Counsel to the Liquidating Trust*